
F I L E D
MAY 01 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Court of Appeals
Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449

April 27, 2015

Paul Edward Hudson                    Appellant
2935 Sundial Dr.
Dallas, Tx. 75229

RE: Case Number: 07-14-00444-CV
    Trial Court Case Number: Tx-13-31309
Style: Paul Edward Hudson v. Dallas County, et al

To the Court of Appeals, under rule 10.5, I am filing Motion for extension of time to File appellant brief, 30 days.

                        Respectfully,
                        Paul Hudson

Paul Hudson
2935 Sundial Dr.
Dallas, Tx. 75229

NORTH TEXAS TX PRDC
DALLAS TX 750
27 APR 2015 PM 3 L



Court of Appeals
Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449

79101244921